THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL AZIZ ZARIF SHABAZZ, Also Known as MICHAEL HURLEY, Appellant, v JEROME J. RICHARDS, Acting Judge of Franklin County Court, et al., Respondents.

Submitted January 13, 2014; decided February 25, 2014

Motion for reconsideration of this Court's November 21, 2013 dismissal order denied [*see* 22 NY3d 990 (2013)].